■ Rose Nieves et al., Appellants, v Union Hospital of the Bronx, Appellant, and City of New York, Respondent. [651 NYS2d 39] —Appeals from order, Supreme Court, Bronx County (Douglas McKeon, J.), entered September 14, 1995, which, *sua sponte,* deemed the action dismissed as against defendant-respondent City unless either plaintiff-appellant or defendant-appellant advised the court in writing by a date certain of a theory of liability against defendant-respondent, unanimously dismissed, without costs.

Inasmuch as the order was conditional, appellants were not " 'aggrieved' " and their appeals are at best premature (*Matter*

*of Leo T.*, 87 AD2d 297, 298). Furthermore, since plaintiff has submitted the necessary response to the court, the proposed dismissal would now appear moot. Concur—Milonas, J. P., Wallach, Kupferman, Ross and Williams, JJ.